IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Timothy S. Radigan, | ) | Case No. 16-20963-CMB |
| | ) | Chapter 13 |
| Debtor. | ) | Related to Dkt. No. 33 |
| _____ | ) | |
| | ) | |
| Timothy S. Radigan, | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HP Enterprise Services, LLC, | ) | |
| Respondent. | ) | |

## ORDER OF COURT

AND NOW, to-wit this __26th__ day of _____October_____, 2016, it is hereby ORDERED, ADJUDGED and DECREED that the above-named Debtor having filed a Chapter 13 petition order this Court, the entity from whom the Debtor receives income:

HP Enterprise Services, LLC
Attn: Payroll Manager
11445 Compaq Center Drive W
Mailstop 050400
Houston, TX 77070

deduct from said income the sum of $1,066.50 semi monthly beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums on at least a monthly basis to:

**Ronda J. Winnecour**
**Chapter 13 Trustee, W.D. PA**
**P.O. Box 84051**
**Chicago, IL 60689-4002**

IT IS FURTHER ORDERED that the entity from which the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED THAT NO DEDUCTIONS FOR ACCOUNT OF ANY GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF SAID DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS ORDERED BY ANY OTHER COURT.

   IT IS FURTHER ORDERED that this order supercedes previous orders made to the subject entity in this case.

   IT IS FURTHER ORDERED that the entity from whom the Debtor receives income shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to the Court.

FURTHER ORDERED:

   IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.

   Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

_Carlota M. Böhm_ J.

jah

 Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Timothy S. Radigan  
    Debtor

Case No. 16-20963-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: jhel    Page 1 of 1    Date Rcvd: Oct 26, 2016  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2016.
db         +Timothy S. Radigan,   233 Klein Road,   Glenshaw, PA 15116-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2016 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        Matthew M. Herron    on behalf of Debtor Timothy S. Radigan mmh@thedebtdoctors.com,
         hgs@thedebtdoctors.com;tmatiasic@yahoo.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
         rive.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                            TOTAL: 7