## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Timothy S. Radigan

   Debtors.

The Debt Doctors at Quatrini Rafferty,
     Movant,
  vs.

No Respondent.

Bankruptcy No.:  16-20963-CMB
Chapter 13

Document No.:

Response Deadline: February 4, 2017
Hearing Date & Time: February 22, 2017 at 10:00 AM

## CERTIFICATE OF NO OBJECTION TO THE
## APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Compensation appears thereon.  Pursuant to the Notice of Hearing, responses to the Application for Compensation were to be filed and served no later than February 4, 2017.

It is hereby respectfully requested that the Order attached to the Application for Compensation be entered by the Court.

Date:   February 6, 2017

       /s/ Matthew M. Herron
      Matthew M. Herron, Esquire
      PA ID No. 88927
      THE DEBT DOCTORS
      At Quatrini Rafferty
      941 Penn Avenue, Suite 101
      Pittsburgh, PA 15222
      412-395-6001
      mmh@thedebtdoctors.com

      ATTORNEY FOR THE DEBTOR