**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Timothy S. Radigan

    Debtors.

The Debt Doctors at Quatrini Rafferty,
    Movant,
  vs.

No Respondent.

Bankruptcy No.: 16-20963-CMB
Chapter 13

Document No.: 37

Response Deadline: February 4, 2017
Hearing Date & Time: February 22, 2017 at 10:00 AM

**ENTERED BY DEFAULT**

### ORDER OF COURT

AND NOW, this __8th__ day of _____February_____, 2017, the Application of The Debt Doctors at Quatrini Rafferty as counsel for the Debtors, for Interim Compensation and Reimbursement of Expenses is approved in the ***total*** amount of $5,088.76 for services rendered on behalf of the Debtor for the period between October 13, 2015 through January 18, 2017, which represents $5,072.00 in attorneys' fees and $16.76 in costs.

IT IS FURTHER ORDERED, of the $5,072.00 fee award, the Debtor has previously paid $4,000.00 to counsel as a "no-look" fee. Accordingly, the Chapter 13 Trustee shall only pay $1,088.76 ($1,072.00 in attorney's fees and $16.76 in costs) to Counsel through the Debtor's Plan.

BY THE COURT:

FILED
2/8/17 1:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
United States Bankruptcy Judge    dmr

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Timothy S. Radigan  
    Debtor

Case No. 16-20963-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 1      Date Rcvd: Feb 08, 2017  
                       Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2017.
```
db            +Timothy S. Radigan,    233 Klein Road,    Glenshaw, PA 15116-3015
aty           +The Debt Doctors at Quatrini Rafferty,    941 Penn Avenue,    Suite 101,
               Pittsburgh, PA 15222-3843
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Matthew M. Herron    on behalf of Attorney    The Debt Doctors at Quatrini Rafferty
               mmh@thedebtdoctors.com,    hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Debtor Timothy S. Radigan mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 9
```