# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Timothy S. Radigan,<br>        Debtor. | Bankruptcy No.: 16-20963-CMB |
| | Chapter 13 |
| Timothy S. Radigan,<br>        Movant, | Document No.:<br>Related to Docket No.(s): |
| vs. | Related to Claim No.: 6 |
| Bank of America, N.A. and<br>Ronda J. Winnecour, Esquire, (Trustee),<br>        Respondents. | |

## CERTIFICATE OF SERVICE

I, Heather G. Seitz, paralegal, of The Debt Doctors at Quatrini Rafferty, 941 Penn Avenue, Suite 101, Pittsburgh, PA 15222, certify as follows:

That I am and at all times hereinafter mentioned more than 18 years of age:

That on the 13th day of March 2017

I served a copy of: **ORDER DATED 3/10/2017, NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN AND THE AMENDED PLAN DATED 3/9/2017**

RE: Timothy S. Radigan        Case No.: 16-20963-CMB
                                         Chapter 13

ON: ALL PARTIES ON THE ATTACHED MAILING MATRIX AND:

| | |
|---|---|
| Ronda Winnecour, Trustee<br>3250 USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Via: cmecf@chapter13trusteewdpa.com | US Trustee<br>970 Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222<br>Via: ustpregion03.pi.ecf@usdoj.gov |

BY: Regular First Class U.S. Mail and via Electronic Notification

I certify under the penalty of perjury that the foregoing is true and correct.

Date: March 13, 2017                                              /s/ *Heather G. Seitz*
                                                                           Heather G. Seitz
                                                                           THE DEBT DOCTORS at Quatrini Rafferty
                                                                           941 Penn Avenue, Suite 101
                                                                           Pittsburgh, PA 15222
                                                                           (412) 395-6001

16-20963-CMB|Peoples Natural Gas Company, LLC |Attn: Dawn Lindner|225 North Shore Drive|Pittsburgh, PA 15212-5861|||
16-20963-CMB|2|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||
16-20963-CMB|Ally Financial |P.O. Box 380901|Minneapolis, MN 55438-0901| |||
16-20963-CMB|Ally Financial |PO Box 130424|Roseville, MN 55113-0004| |||
16-20963-CMB|Bank of America |PO Box 31785|Tampa, FL 33631-3785| |||
16-20963-CMB|Bank of America, N.A. |P.O. Box 31785|Tampa, FL 33631-3785| |||
16-20963-CMB|Duquesne Light Company |c/o Peter J. Ashcroft,|Bernstein-Burkley, P.C.,|707 Grant St., Suite 2200, Gulf Tower,|Pittsburgh, PA 15219-1945| |
16-20963-CMB|Fedloan Servicing Credit |PO Box 60610|Harrisburg, PA 17106-0610| |||
16-20963-CMB|First Premier Bank |P.O. Box 5519|Sioux Falls, SD 57117-5519| |||
16-20963-CMB|KML Law Group, P.C. |Suite 5000 - BNY Independence Center|701 Market Street|Philadelphia, PA 19106-1538| ||
16-20963-CMB|Peoples Natural Gas Company LLC |c/o Barbara Rodgers|375 North Shore Drive, Suite 600| Pittsburgh, PA 15212-5866| ||
16-20963-CMB|Pittsburgh Trade Alliance |PO Box 14811|Pittsburgh, PA 15234-0811| |||
16-20963-CMB|Premier Bankcard, Llc |c o Jefferson Capital Systems LLC|Po Box 7999|Saint Cloud Mn 56302-7999|
16-20963-CMB|SPRINGLEAF FINANCIAL SERVICES|P O BOX 3251|EVANSVILLE IN 47731-3251||||preferred
16-20963-CMB|U.S. Department of Education |C/O FedLoan Servicing|P.O. Box 69184|Harrisburg, PA  17106-9184|
16-20963-CMB|U.S. Department of Housing and Urban Develop|451 7th Street S.W.|Washington, DC 20410-0002| |||
16-20963-CMB|UPMC |Quantum I Building, Third Floor|Distribution Room #386|2 Hot Metal Street|Pittsburgh, PA 15203-2348| |
16-20963-CMB|UPMC St Margaret |6681 Country Club Drive|Golden Valley MN 55427-4601| |||