IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Timothy S. Radigan, | ) | Case No. 16-20963-CMB |
| | ) | Chapter 13 |
| Debtor. | ) | Document No.   WO-1 |
| _____ | ) | Related to Document No.   50 |
| | ) | |
| Timothy S. Radigan, | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HP Enterprise Services, LLC, | ) | |
| Respondent. | ) | |

**ORDER OF COURT**

AND NOW, to-wit this ___5th___ day of _____May_____, 2017, it is hereby
ORDERED, ADJUDGED and DECREED that the above-named Debtor having filed a Chapter 13
petition order this Court, the entity from whom the Debtor receives income:

> HP Enterprise Services, LLC
> Attn: Payroll Manager
> 11445 Compaq Center Drive W
> Mailstop 050400
> Houston, TX 77070

deduct from said income the sum of $1,120.00 semi monthly beginning on the next pay day following
receipt of this order and deduct a similar amount each pay period thereafter, including any period for
which the Debtor receives a periodic lump sum payment as a result of vacation, termination or other
benefits arising out of present or past employment, or from any other benefits payable to the Debtor and
to remit the deductible sums on at least a monthly basis to:

> **Ronda J. Winnecour**
> **Chapter 13 Trustee, W.D. PA**
> **P.O. Box 84051**
> **Chicago, IL 60689-4002**

IT IS FURTHER ORDERED that the entity from which the Debtor receives income shall notify
the Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts
required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor
in accordance with usual payment procedure.

IT IS FURTHER ORDERED THAT NO DEDUCTIONS FOR ACCOUNT OF ANY
GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT
SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF
SAID DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS ORDERED BY ANY
OTHER COURT.

IT IS FURTHER ORDERED that this order supercedes previous orders made to the subject entity in this case.

IT IS FURTHER ORDERED that the entity from whom the Debtor receives income shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to the Court.

FURTHER ORDERED:

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.

Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

*Carlota M. Böhm*

dmr

FILED
5/5/17 1:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-20963-CMB
Timothy S. Radigan                                                        Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1              Date Rcvd: May 05, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2017.
db            +Timothy S. Radigan,    233 Klein Road,   Glenshaw, PA 15116-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Matthew M. Herron    on behalf of Attorney    The Debt Doctors at Quatrini Rafferty
           mmh@thedebtdoctors.com,  hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Matthew M. Herron    on behalf of Debtor Timothy S. Radigan mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 9