## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Timothy S. Radigan<br>            <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 16-20963 CMB |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust C and index same on the master mailing list.

          Respectfully submitted,

          **/s/ James C. Warmbrodt, Esquire**
          James C. Warmbrodt, Esquire
          jwarmbrodt@kmllawgroup.com
          Attorney I.D. No. 42524
          Thomas Puleo, Esquire
          tpuleo@kmllawgroup.com
          Attorney I.D. No. 27615
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106
          Phone: (215)-627-1322
          Attorney for Movant/Applicant