IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Timothy S. Radigan ) | Case No.: 16-20963 CMB |
| ) | Chapter 13 |
| Debtor(s) ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | |
| Trustee, ) | Related Doc.: 70 |
| ) | |
| Movant, ) | |
| ) | Hearing Date: 11-29-2017 |
| Vs. ) | |
| Wilmington Savings Fund Society, FSB,) | |
| As Trustee of Stanwich Mortgage Loan ) | |
| Trust C, ) | |
| Respondent(s) ) | |

## CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Objection filed on October 17, 2017 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Objection appears thereon.  Pursuant to the Notice of Hearing, responses to the Trustee's Objection were to be filed and served no later than November 17, 2017.

11-22-2017         /s/ Ronda J. Winnecour
Ronda J. Winnecour
Chapter 12 Trustee PA I.D.#30399
U.S. Steel Tower- Suite 3250
600 Grant Street
Pittsburgh PA  15219
cmecf@chapter13trusteewdpa.com