# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Timothy S. Radigan<br>　　　　　　　Debtor<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>　　　　　　　Movant<br>vs.<br><br>Wilmington Savings Fund Society, FSB, as<br>Trustee of Stanwich Mortgage Loan Trust C.<br>　　　　　　　Respondent | NO. 16-20963 CMB<br><br>CHAPTER 13<br><br>Related to Document Nos. 75, 78 |

## STIPULATION AND ORDER AS TO TRUSTEE'S MOTION TO COMPEL AND FOR SANCTIONS

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Bank of America, N.A., filed a Notice of Post-Petition Mortgage Fees, Expenses, and Charges on October 19, 2016 listing fees and expenses totaling $1,325.00; and

WHEREAS, the claim was transferred to the Respondent on June 7, 2017; and

WHEREAS, the Chapter 13 Trustee filed an objection to Respondent's fees and charges on October 17, 2017; and

WHEREAS, the court entered an order on November 27, 2017 disallowing Respondent's fees and charges and requiring Respondent to provide proof of the removal of the disallowed charges from Debtor's account; and

WHEREAS, the Chapter 13 Trustee filed a motion to compel and for sanctions to enforce the court's order of November 27, 2017; and

WHEREAS, Respondent has filed a Response to the Trustee's motion to which it has attached a notarized affidavit from a corporate officer and a loan history that establish that the disallowed fees and charges have been removed from Debtor's account;

It is therefore Stipulated and agreed as follows:

1. Respondent shall pay to the Chapter 13 Trustee counsel fees in the amount of $250.00 which fees shall be payable within thirty (30) days from the entry of the order approving this Stipulation.

2. Respondent is prohibited from adding any fees or other charges to the debtor's account in connection with the filing of its Response, for attending any hearing in this matter, or for otherwise complying with this Stipulation and Order.

3. Based upon the Respondent's representations and stipulations, the Chapter 13 Trustee hereby withdraws the motion to compel and for sanctions.

Consented to by:

*/s/ Ronda J. Winnecour*  
Ronda J. Winnecour, Esquire  
Chapter 13 Trustee  
US Steel Tower-Suite 3250  
Pittsburgh, PA 15219  
Phone: 412-471-5566  
rwinnecour@chapter13trusteewdpa.com

*/s/ James C. Warmbrodt, Esquire*  
James C. Warmbrodt, Esquire  
Attorney for Respondent  
KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
Phone: 215-627-1322  
jwarmbrodt@kmllawgroup.com

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

FILED  
MAR 20 2018  
CLERK, U.S. BANKRUPTCY COURT  
WEST DIST. OF PENNSYLVANIA

By the Court,

[signature]

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 16-20963-CMB
Timothy S. Radigan                                              Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dsaw              Page 1 of 1           Date Rcvd: Mar 20, 2018
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2018.
db             +Timothy S. Radigan,    233 Klein Road,    Glenshaw, PA 15116-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust C bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Matthew M. Herron    on behalf of Attorney    The Debt Doctors at Quatrini Rafferty
               mmh@thedebtdoctors.com,    hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Debtor Timothy S. Radigan mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 10