**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Timothy S. Radigan

       Debtors.

The Debt Doctors, LLC,
       Movant,
  vs.

No Respondent.

Bankruptcy No.: 16-20963-CMB
Chapter 13

Document No.:

Response Deadline: June 15, 2019
Hearing Date & Time: July 2, 2019 at 10:00 AM

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL
FEES IN CHAPTER 13 ON BEHALF OF THE DEBT DOCTORS, LLC**

To All Creditors and Parties in Interest:

1. Applicant represents Timothy S. Radigan.

2. This is an *interim* application for the period January 31, 2017 through May 29, 2019

3. Previous retainer paid to Applicant: $2,000.00

4. Previous interim compensation allowed to Applicant: $2,000.00

5. Dates and amounts of previous compensation awarded:
   February 8, 2017: $1,072.00 in Attorney's Fees and $16.76 in Costs

6. Applicant requests additional:
   Compensation of: $2,296.00
   Reimbursement of Expenses of: $21.61

7. A hearing on the Application will be held on July 2, 2019 at 10:00 AM in Courtroom B, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 before the Honorable Judge Bohm.

8. Any written objections must be filed with the court and served on the Applicant on or before June 15, 2019, (fourteen (14) days from the date of this notice plus an additional 3 days if served by mail). Copies of the application are available from the Applicant.

Dated: May 29, 2019

                                              */s/ Matthew M. Herron*
                                              Matthew M. Herron, Esquire
                                              PA ID NO.: 88927
                                              THE DEBT DOCTORS, LLC
                                              607 College Street, Suite 101
                                              Pittsburgh, PA 15232
                                              412-395-6001
                                              mh@thedebtdoctors.com