**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Timothy S. Radigan

        Debtors.

The Debt Doctors, LLC,
        Movant,
   vs.

No Respondent.

Bankruptcy No.: 16-20963-CMB
Chapter 13

Document No.:

Response Deadline: June 15, 2019
Hearing Date & Time: July 2, 2019 at 10:00 AM

**CERTIFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the within **Summary Cover Sheet and Notice of Hearing on Professional Fees and Application** upon the following parties, by First Class Mail, Postage Prepaid and Electronic Notification:

**Ronda J. Winnecour, Trustee**
3250 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Via electronic notice*

**U.S. Trustee**
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
*Via electronic notice*

**Timothy S. Radigan**
233 Klein Road
Glenshaw, PA 15116

And a true and correct copy of the within **Summary Cover Sheet** upon the following parties, by First Class mail, Postage Prepaid:

SEE ATTACHED MAILING MATRIX

Date of Service: May 29, 2019

*/s/   Matthew M. Herron*
Matthew M. Herron, Esquire
PA ID NO.: 88927
THE DEBT DOCTORS, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232
412-395-6001
mh@thedebtdoctors.com

16-20963-CMB|Peoples Natural Gas Company, LLC |Attn: Dawn Lindner|225 North Shore Drive|Pittsburgh, PA 15212-5861|||
16-20963-CMB|2|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||
16-20963-CMB|Ally Financial |P.O. Box 380901|Minneapolis, MN 55438-0901| |||
16-20963-CMB|Ally Financial |PO Box 130424|Roseville, MN 55113-0004| |||
16-20963-CMB|Bank of America |PO Box 31785|Tampa, FL 33631-3785| |||
16-20963-CMB|Bank of America, N.A. |P.O. Box 31785|Tampa, FL 33631-3785| |||
16-20963-CMB|Duquesne Light Company |c/o Peter J. Ashcroft,|Bernstein-Burkley, P.C.,|707 Grant St., Suite 2200, Gulf Tower,|Pittsburgh, PA 15219-1945| |
16-20963-CMB|Fedloan Servicing Credit |PO Box 60610|Harrisburg, PA 17106-0610| |||
16-20963-CMB|First Premier Bank |P.O. Box 5519|Sioux Falls, SD 57117-5519| |||
16-20963-CMB|KML Law Group, P.C. |Suite 5000 - BNY Independence Center|701 Market Street|Philadelphia, PA 19106-1538| ||
16-20963-CMB|Peoples Natural Gas Company LLC |c/o Barbara Rodgers|375 North Shore Drive, Suite 600|Pittsburgh, PA 15212-5866| ||
16-20963-CMB|Pittsburgh Trade Alliance |PO Box 14811|Pittsburgh, PA 15234-0811| |||
16-20963-CMB|Premier Bankcard, Llc |c o Jefferson Capital Systems LLC|Po Box 7999|Saint Cloud Mn 56302-7999| ||
16-20963-CMB|SPRINGLEAF FINANCIAL SERVICES|P O BOX 3251|EVANSVILLE IN 47731-3251||||preferred
16-20963-CMB|U.S. Department of Education |C/O FedLoan Servicing|P.O. Box 69184|Harrisburg, PA  17106-9184| ||
16-20963-CMB|U.S. Department of Housing and Urban Develop|451 7th Street S.W.|Washington, DC 20410-0002|
16-20963-CMB|UPMC |Quantum I Building, Third Floor|Distribution Room #386|2 Hot Metal Street|Pittsburgh, PA 15203-2348| |
16-20963-CMB|UPMC St Margaret |6681 Country Club Drive|Golden Valley MN 55427-4601| |||