**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| | Bankruptcy No.: 16-20963-CMB |
| Timothy S. Radigan | Chapter 13 |
| | |
| Debtors. | Document No.: 88 |
| | |
| The Debt Doctors, LLC, | Response Deadline: June 15, 2019 |
| Movant, | Hearing Date & Time: July 2, 2019 at 10:00 AM |
| vs. | |
| | **ENTERED BY DEFAULT** |
| No Respondent. | |

## ORDER OF COURT

AND NOW, this __19th__ day of _____June_____, 2019, the Application of The Debt Doctors, LLC as counsel for the Debtor, for Interim Compensation and Reimbursement of Expenses is approved in the amount of $2,317.61 for services rendered on behalf of the Debtor for the period between January 31, 2017 through May 29, 2019, which represents $2,296.00 in attorneys' fees and $21.61 in costs.

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

BY THE COURT:

_Carlota M. Böhm_    dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Timothy S. Radigan  
    Debtor  

Case No. 16-20963-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Jun 19, 2019  
                      Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.
```
db            +Timothy S. Radigan,    233 Klein Road,    Glenshaw, PA 15116-3015
aty           +The Debt Doctors at Quatrini Rafferty,    941 Penn Avenue,    Suite 101,
                Pittsburgh, PA 15222-3843
aty           +The Debt Doctors, LLC,    607 College Street,    Suite 101,    Pittsburgh, PA  15232,
                UNITED STATES 15232-1700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust C bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Attorney    The Debt Doctors at Quatrini Rafferty
               mmh@thedebtdoctors.com,    hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Debtor Timothy S. Radigan mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 11
```