Form RSC2 (Reschedule Conciliation/COD)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Timothy S. Radigan**
   Debtor(s)

Bankruptcy Case No.: 16–20963–CMB
Chapter: 13

## ORDER

    The conciliation or certificate of default to dismiss case hearing currently scheduled for **March 26, 2020**, is postponed until further notice. Once a new date and time are chosen for the rescheduled hearing, a Notice will be issued. Please contact the Chapter 13 Trustee, Ronda J. Winnecour at Meetings@chapter13trusteewdpa.com with questions or concerns.

Dated: March 20, 2020

cm: Debtor(s) and/or Debtor(s)' counsel

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                          Case No. 16-20963-CMB
Timothy S. Radigan                                              Chapter 13
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0315-2          User: llea                   Page 1 of 2                  Date Rcvd: Mar 20, 2020
                              Form ID: RSCcon             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
db             +Timothy S. Radigan,   233 Klein Road,   Glenshaw, PA 15116-3015
aty            +The Debt Doctors at Quatrini Rafferty,   941 Penn Avenue,   Suite 101,
                 Pittsburgh, PA 15222-3843
aty            +The Debt Doctors, LLC,   607 College Street,   Suite 101,   Pittsburgh, PA 15232,
                 UNITED STATES 15232-1700
cr             +Peoples Natural Gas Company, LLC,   Attn: Dawn Lindner,   225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
14197006        Bank of America,   PO Box 31785,   Tampa, FL 33631-3785
14246945        Bank of America, N.A.,   P.O. Box 31785,   Tampa, FL 33631-3785
14211369       +Fedloan Servicing Credit,   PO Box 60610,   Harrisburg, PA 17106-0610
14211370       +First Premier Bank,   P.O. Box 5519,   Sioux Falls, SD 57117-5519
14211371       +KML Law Group, P.C.,   Suite 5000 - BNY Independence Center,   701 Market Street,
                 Philadelphia, PA 19106-1538
14271000       +Peoples Natural Gas Company LLC,   c/o Barbara Rodgers,   375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
14238973        U.S. Department of Education,   C/O FedLoan Servicing,   P.O. Box 69184,
                 Harrisburg, PA  17106-9184
14201032       +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
                 Washington, DC 20410-0002
14243494       +UPMC St Margaret,   6681 Country Club Drive,   Golden Valley MN 55427-4601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:17:34
                 PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
14202333        E-mail/Text: ally@ebn.phinsolutions.com Mar 21 2020 04:22:53     Ally Financial,
                 PO Box 130424,   Roseville, MN 55113-0004
14211367       +E-mail/Text: ally@ebn.phinsolutions.com Mar 21 2020 04:22:53     Ally Financial,
                 P.O. Box 380901,   Minneapolis, MN 55438-0901
14269356       +E-mail/Text: kburkley@bernsteinlaw.com Mar 21 2020 04:26:10     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14520148        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:17:35
                 Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
14262801       +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 21 2020 04:25:14     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
14216828        E-mail/PDF: cbp@onemainfinancial.com Mar 21 2020 04:17:00     SPRINGLEAF FINANCIAL SERVICES,
                 PO BOX 3251,   EVANSVILLE, IN 47731
14211373        E-mail/PDF: cbp@onemainfinancial.com Mar 21 2020 04:18:55     Springleaf,   601 NW 2nd Street,
                 Evansville, IN 47708
14211374       +E-mail/Text: BankruptcyNotice@upmc.edu Mar 21 2020 04:25:47     UPMC,
                 Quantum I Building, Third Floor,   Distribution Room #386,   2 Hot Metal Street,
                 Pittsburgh, PA 15203-2348
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Duquesne Light Company
cr              Wilmington Savings Fund Society, FSB, as trustee o
14639519        Wilmington Savings Fund Society,FSB,   P.O.Box 3730,Anaheim,CA 92806
cr*            +PRA  Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
14211368*       Bank of America,   PO Box 31785,   Tampa, FL 33631-3785
14706697*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541)
14211372       ##+Pittsburgh Trade Alliance,   PO Box 14811,   Pittsburgh, PA 15234-0811
                                                                                   TOTALS: 4, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2          User: llea              Page 2 of 2              Date Rcvd: Mar 20, 2020
                              Form ID: RSCcon         Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust C bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Matthew M. Herron    on behalf of Attorney    The Debt Doctors at Quatrini Rafferty
               mmh@thedebtdoctors.com,   hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Debtor Timothy S. Radigan mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 11
```