Certificate Number: 15317-PAW-DE-035380365

Bankruptcy Case Number: 16-20963



15317-PAW-DE-035380365

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 18, 2021, at 3:45 o'clock PM PST, Timothy S Radigan completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: February 18, 2021      By: /s/Rose Benito

Name: Rose Benito

Title: Counselor