# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  TIMOTHY S. RADIGAN | Case No.16-20963CMB |
|   Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>vs.<br>TIMOTHY S. RADIGAN | Chapter 13<br><br>Document No. 123 |
| Respondents | |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this   23rd   day of   March  , 20 21 it is hereby ORDERED, ADJUDGED, and DECREED that,

Ciber Global Llc
Attn Payroll Manager
3270 W Big Beaver Rd
Troy,MI 48084

is hereby ordered to immediately terminate the attachment of the wages of TIMOTHY S. RADIGAN, social security number XXX-XX-2921. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of TIMOTHY S. RADIGAN.

FILED
3/23/21 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

Carlota M. Böhm    dmr
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-20963-CMB
Timothy S. Radigan  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: dric  Page 1 of 2
Date Rcvd: Mar 23, 2021  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2021:**

**Recip ID    Recipient Name and Address**
db    +  Timothy S. Radigan, 233 Klein Road, Glenshaw, PA 15116-3015

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2021 at the address(es) listed below:**

**Name**    **Email Address**
Andrew F Gornall
    on behalf of Creditor BANK OF AMERICA  N.A. andygornall@latouflawfirm.com

Brian Nicholas
    on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust C bnicholas@kmllawgroup.com

Joshua I. Goldman
    on behalf of Creditor BANK OF AMERICA  N.A. jgoldman@kmllawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Matthew M. Herron
    on behalf of Attorney The Debt Doctors at Quatrini Rafferty mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

District/off: 0315-2 | User: dric | Page 2 of 2
Date Rcvd: Mar 23, 2021 | Form ID: pdf900 | Total Noticed: 1

Matthew M. Herron
    on behalf of Debtor Timothy S. Radigan mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com


TOTAL: 11